**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Fail, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | Case No. 1:08-cv-076 |
| Miracle Financial, Inc., a MA corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Motion for Dismissal With Prejudice" filed on December 31, 2008. The Court **GRANTS** the motion (Docket No. 4) and **ORDERS** that the case be dismissed with prejudice and without costs to any party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2009.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court